UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POONAM D. SHAH,<br><br>    Plaintiff,<br><br>  v.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant. | Case No. 23-cv-04319-SI<br><br>**ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO PARTIES' JOINT REQUEST**<br><br>Re: Dkt. No. 55 |

On August 19, 2024, the parties jointly requested that this matter be dismissed with prejudice pursuant to a settlement agreement. Dkt. No. 55. The Court hereby dismisses this case with prejudice. The case shall be terminated accordingly.

**IT IS SO ORDERED**.

Dated: August 23, 2024

_____
SUSAN ILLSTON
United States District Judge